IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KHZEMAR SUVADUS JAMES | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF MOBILE, ALABAMA, CITY OF MOBILE ALABAMA POLICE DEPARTMENT, CHIEF OF POLICE JAMES H. BARBER, in his official and individual capacities, OFFICER KEVIN KELLEY, in his official and individual capacities. | ) CASE NO. 1:15-CV-00524-CB-M |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties to this action, by and through their respective undersigned counsel of record, and stipulate to the dismissal of this action with prejudice, with each party to beat their own costs of court.

 /s/ Bert P. Noojin (with permission)
Bert P. Noojin (NOOJB3957)
Counsel for Plaintiff
Bert P. Noojin, PC
Noojin & Noojin, PC
P. O. Box 130
Fairhope, AL  36533
Telephone:  (251) 928-1066

 /s/ Michael D. Strasavich
Michael D. Strasavich (STRAM9557)
Kasee S. Heisterhagen (SPARK7253)
Atoyia Scott Harris (SCOTA0798)
Counsel for Defendant City of Mobile, Alabama
Post Office Box 2287
Mobile, Alabama  36652
Telephone:  (251) 344-5151

 /s/ Thomas O. Gaillard, III (with permission)
Thomas O. Gaillard, III (GAILT9459)
Satterwhite, Druhan, Gaillard & Tyler LLC
1325 Dauphin Street
Mobile, Alabama  36604
Telephone:  (251) 432-8120

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 9th day of May, 2016:

Bert P Noojin, Esq.  
B. Powell Noojin, Esq.  
Noojin & Noojin, PC  
P.O. Box 130  
Fairhope, AL 36533  

James D. Sears  
Sears & Sears, PC  
P.O. Box 3007  
Daphne, AL 36526  
jsears@searslaw.net  

Thomas O. Gaillard, III  
Satterwhite, Druhan, Gaillard & Tyler, LLC  
1325 Dauphin Street  
Mobile, AL 36604  
tom@satterwhitelaw.com  

                                  */s/ Atoyia S. Harris*  
                                  OF COUNSEL